### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| JANICE LYNETTE COLE,<br>    Plaintiff<br><br>v.<br><br>SOUTHWESTERN CORRECTIONAL,<br>LLC D/B/A LASALLE CORRECTIONS,<br>LLC AND LASALLE SOUTHWEST<br>CORRECTIONS, LASALLE<br>MANAGEMENT COMPANY, LLC,<br>BOWIE COUNTY, TEXAS, VERNON D.<br>BOWMAN, M.D., ASHLEY SPIVEY,<br>JASON LAMB, MARLON EBEY,<br>TIFFANY HILL, J. HARDEN, JANNA<br>POOLE-BRESCIA, JOHN AND JANE<br>DOES 1-10,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:22-CV-00127-RWS |

### ORDER

Before the Court is the parties' Joint Motion to Continue Scheduling Conference and Proposed Trial Date (Docket No. 15) wherein the parties state "that additional time for trial preparation will be necessary and request that the trial date be moved from January 22, 2024 to a date in the March or April 2024 time frame." *Id.* Having considered the parties' joint motion (Docket No. 15), and because it is agreed, it is therefore,

**ORDERED** that the parties' Joint Motion to Continue Scheduling Conference and Proposed Trial Date is **GRANTED.** It is further

**ORDERED** that this case is **RESET** for a scheduling conference in Texarkana, Texas on **May 11, 2023 at 10:30 a.m.** before the undersigned. It is further

**ORDERED** that on or before **Wednesday, May 3, 2023**, the parties shall prepare and

submit a joint motion[1] attaching a joint amended proposed docket control order whereby the following schedule of deadlines shall be incorporated into the proposed amended docket control order:

| Jury Trial | *April 22, 2024 immediately following jury selection in Texarkana, Texas |
|---|---|
| Jury Selection | *April 22, 2024 at 9:00 a.m. in Texarkana, Texas |
| Pre-trial Conference | *April 2, 2024 at 10:00 a.m. in Texarkana, Texas |
| Dispositive Motion Deadline | *February 13, 2024 |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

*The parties shall indicate in their joint motion submitting the proposed Docket Control Order whether they believe a scheduling conference is necessary*. After review of the proposed Docket Control Order and Discovery Order, the Court may enter the orders and cancel the scheduling conference. The Court will notify the parties of any cancellation.

So ORDERED and SIGNED this 20th day of April, 2023.



ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The parties shall refer to the Court's April 6, 2023 order (Docket No. 14) for additional instructions related to the required content of this joint motion.