**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually<br>and as Administrator of the Estate of<br>RAYMOND LARRY COLE, Deceased**<br><br>**PLAINTIFF**<br><br>**v.**<br><br>**SOUTHWESTERN CORRECTIONAL,<br>L.L.C. d/b/a LaSALLE CORRECTIONS,<br>L.L.C. et al**<br><br>**DEFENDANTS** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:22-CV-00127-RWS** |

## ORDER

The Court set a scheduling conference in Texarkana, Texas on April 27, 2023, at 10:30 a.m. Docket No. 14. Per the parties' joint request (Docket No. 15), the scheduling conference was rescheduled for May 11, 2023 at 10:30 a.m. Docket No. 16. Per the Court's order, it may enter the parties' proposed docket control, discovery and protective orders and cancel the scheduling conference. *Id.* The parties filed joint proposed orders on May 2, 2023. Docket No. 17. The parties do not believe a scheduling conference is necessary (*id.* at 4-5) and the Court has entered its docket control and discovery orders. Based on the parties' submissions, the Court finds that a scheduling conference isunnecessary in this case. Accordingly, the scheduling conference is **CANCELLED**.

So ORDERED and SIGNED this 3rd day of May, 2023.

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE