**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate of** | § | |
| **RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | **NO. 5:22-CV-00127** |
| **v.** | § | |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER

COME NOW Plaintiffs and Defendants and file this Joint Motion for Entry of Proposed Protective Order pursuant to the Court's Docket Control Order (ECF 20) filed on May 3, 2023. Attached hereto please find for the Court's consideration a Proposed Protective Order agreed upon by counsel for Plaintiffs and Defendants.

Respectfully submitted,

Paul Miller, TSB No. 14056050
Troy Hornsby, TSB No. 00790919

MILLER, JAMES, MILLER & HORNSBY, L.L.P.
1725 Galleria Oaks Drive
Texarkana, Texas  75503
paul.miller@miller-james.com
troy.hornsby@miller-james.com
 903.794.2711; f. 903.792.1276

*Attorneys for Defendants*

*/s/ David Carter*    *(with permission)*

David Carter, TSB No. 03932780
MERCY CARTER, L.L.P.
1724 Galleria Oaks Dr.
Texarkana, Texas 75503
903.794.9419; 903.794.1268 (f)
wdcarter@texarkanalawyers.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of July, 2023, the foregoing document was filed electronically with the Clerk of the Court for the U.S. District Court, Eastern Division of Texas in compliance with Local Rule CV-5(a) and was served on all counsel of record.

Paul Miller