**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate of** | § | |
| **RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| **v.** | § | **NO. 5:22-CV-00127** |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

---

## ORDER

CAME ON this day to be heard Defendants' Motion for Partial Summary Judgment.  The Court, upon consideration of the pleadings, responses and arguments of counsel, is of the opinion that Defendants' Motion for Partial Summary Judgment should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Partial Summary Judgment is GRANTED in its entirety.