**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

JANICE LYNETTE COLE,                         §
    Plaintiff                            §
                                             §
v.                                           §
                                             §
SOUTHWESTERN CORRECTIONAL,                    §
LLC D/B/A LASALLE CORRECTIONS,               §
LLC AND LASALLE SOUTHWEST                     §   CIVIL ACTION NO. 5:22-CV-00127-RWS
CORRECTIONS, LASALLE                          §
MANAGEMENT COMPANY, LLC,                      §
BOWIE COUNTY, TEXAS, VERNON D.               §
BOWMAN, M.D., ASHLEY SPIVEY,                  §
JASON LAMB, MARLON EBEY,                      §
TIFFANY HILL, J. HARDEN, JANNA               §
POOLE-BRESCIA, JOHN AND JANE
DOES 1-10,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion for Continuance and Entry Of Amended Docket Control Order. Docket No. 42. Having considered the motion, and because it is unopposed, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that on or before **Wednesday, March 6, 2024**, the parties shall prepare and submit a joint motion[1] attaching a joint amended proposed docket control order whereby the following schedule of deadlines shall be incorporated into the proposed amended docket control order:

---

[1] The parties shall refer to the Court's April 6, 2023 order (Docket No. 14) for additional instructions related to the required content of this joint motion.

| Jury Trial | *September 23, 2024 immediately following jury selection in Texarkana, Texas |
|---|---|
| Jury Selection | *September 23, 2024 at 9:00 a.m. in Texarkana, Texas |
| Pre-trial Conference | *September 5, 2024 at 10:00 a.m. in Texarkana, Texas |
| Dispositive Motion Deadline | *February 13, 2024[2] |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**So ORDERED and SIGNED this 21st day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[2] This deadline had passed at the time of the parties' motion for continuance. Additional dispositive motions may not be filed without leave from the Court.