**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually**<br>**and as Administrator of the Estate of**<br>**RAYMOND LARRY COLE, Deceased**<br><br>**PLAINTIFF**<br><br>**vs.**<br><br>**SOUTHWESTERN CORRECTIONAL, LLC**<br>**d/b/a LASALLE CORRECTIONS, LLC and**<br>**LASALLE SOUTHWEST CORRECTIONS;**<br>**LASALLE MANAGEMENT COMPANY,**<br>**LLC; BOWIE COUNTY, TEXAS;**<br>**VERNON D. BOWMAN, M.D., Individually,**<br>**AMANDA SPIVEY, Individually;**<br>**JASON LAMB, Individually;**<br>**MARLON EBEY, Individually;**<br>**TIFFANY HILL, Individually;**<br>**JANNA POOLE-BRESCIA, Individually;**<br>**and JOHN AND JANE DOES 1 - 10**<br><br>**DEFENDANTS** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:22-CV-00127** |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response. Docket No. 46. Having considered Plaintiff's motion, and because it is unopposed, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that that Plaintiff is granted an extension of time through March 31, 2024, in which to file a response to the pending motions at issue.

So ORDERED and SIGNED this 8th day of March, 2024.

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE