**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate** | § | |
| **of RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | **NO. 5:22-CV-00127** |
| **v.** | § | |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## ORDER

Before the Court are Defendants' Corrected Motion to Apply Texas Law (Docket No. 41) and Defendants' Motion for Partial Summary Judgment (Docket No. 40). The Court hereby **SETS** a hearing for these motions on **Thursday, April 25, 2024**, at **10 a.m.** in Texarkana, Texas.

**So ORDERED and SIGNED this 9th day of April, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE