**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually**<br>**and as Administrator of the Estate**<br>**of RAYMOND LARRY COLE, Deceased** | §<br>§<br>§<br>§ | |
| **PLAINTIFF** | §<br>§ | |
| **v.** | §<br>§ | **NO. 5:22-CV-00127** |
| **SOUTHWESTERN CORRECTIONAL,**<br>**L.L.C. d/b/a LaSALLE CORRECTIONS,**<br>**L.L.C. et al** | §<br>§<br>§<br>§ | |
| **DEFENDANTS** | §<br>§ | |

**ORDER**

The Court hereby **RESETS** the dispositive motion hearing currently set for Thursday, April 25, 2024 to **Thursday, May 16, 2024 at 2 p.m.** in **Texarkana, Texas.**

**So ORDERED and SIGNED this 15th day of April, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE