**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate** | § | |
| **of RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| **v.** | § | **NO. 5:22-CV-00127** |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss Certain Defendants Without Prejudice. Docket No. 57. The motion indicates Plaintiff has agreed to dismiss the above-titled action against certain Defendants Bowie County, Texas, LaSalle Management Company, and Vernon Bowman, M.D. without prejudice. Having reviewed the motion, and because it is unopposed, Plaintiff's motion (Docket No. 57) is **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's claims against Defendants Bowie County, Texas, LaSalle Management Company, and Vernon Bowman, M.D. are **DISMISSED WITHOUT PREJUDICE**.[1]

**So ORDERED and SIGNED this 2nd day of May, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against the remaining Defendants remain intact.