**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate** | § | |
| **of RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | **NO. 5:22-CV-00127** |
| **v.** | § | |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## ORDER

The Court hereby **RESETS** the dispositive motion hearing currently set for 2 p.m. on Thursday, May 16, 2024 to **Thursday, May 16, 2024 at 1 p.m.** in **Texarkana, Texas.** It is further

ORDERED that the parties **SHALL** jointly file a status report by **Thursday, May 9, 2024**. The status report **SHALL** explain whether the dismissal of certain Defendants (*see* Docket No. 57) affects or moots any issues in the pending motions (*see* Docket Nos. 40, 41).

So ORDERED and SIGNED this 6th day of May, 2024.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE