## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| JANICE LYNETTE COLE, Individually<br>and as Administrator of the Estate of<br>RAYMOND LARRY COLE, Deceased<br><br>     PLAINTIFF<br><br>vs.<br><br>SOUTHWESTERN CORRECTIONAL, LLC<br>d/b/a LASALLE CORRECTIONS, LLC and<br>LASALLE SOUTHWEST CORRECTIONS;<br>LASALLE MANAGEMENT COMPANY,<br>LLC; BOWIE COUNTY, TEXAS;<br>VERNON D. BOWMAN, M.D., Individually,<br>AMANDA SPIVEY, Individually;<br>JASON LAMB, Individually;<br>MARLON EBEY, Individually;<br>TIFFANY HILL, Individually;<br>JANNA POOLE-BRESCIA, Individually;<br>and JOHN AND JANE DOES 1 - 10<br><br>     DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:22-CV-00127 |

### ORDER

Before the Court is the Notice of Settlement and Joint Motion to Stay Deadlines. Docket No. 60. Having reviewed the motion, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the hearing currently set for Thursday, May 16, 2024 is **CANCELLED.** It is further

**ORDERED** that all deadlines in the above-captioned cause are **STAYED** for a period of 30 days.  If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

**So ORDERED and SIGNED this 9th day of May, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE