**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JANICE LYNETTE COLE, Individually** | § | |
| **and as Administrator of the Estate** | § | |
| **of RAYMOND LARRY COLE, Deceased** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | **NO. 5:22-CV-00127** |
| **v.** | § | |
| | § | |
| **SOUTHWESTERN CORRECTIONAL,** | § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** | § | |
| **L.L.C. et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## ORDER

On May 9, 2024, the parties were ordered to provide the Court with a status report if this matter had not been dismissed before the expiration of the 30-day stay. Docket No. 61. The parties have not dismissed this matter or filed such a status report. Accordingly, it is

**ORDERED** that parties **SHALL** file a status report within **seven (7) days** of this order. A status conference hearing will be set if the parties do not comply with this order.

**SIGNED this 12th day of June, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE