## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| JANICE LYNETTE COLE, Individually and as Administrator of the Estate of RAYMOND LARRY COLE, Deceased | § § § § | |
| PLAINTIFF | § § | |
| v. | § § | NO. 5:22-CV-00127 |
| SOUTHWESTERN CORRECTIONAL, L.L.C. d/b/a LaSALLE CORRECTIONS, L.L.C. et al | § § § § § | |
| DEFENDANTS | § | |

## ORDER

Before the Court is the parties' joint status report. Docket No. 63. The parties represent a settlement has been executed and expect that an appropriate motion to dismiss will be filed with the Court within seven (7) days. *Id.* Having considered the parties' joint status report, it is

**ORDERED** that the stay is extended by **seven (7) days**. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

**SIGNED this 13th day of June, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE