IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JANICE LYNETTE COLE, Individually and as Administrator of the Estate of RAYMOND LARRY COLE, Deceased <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWESTERN CORRECTIONAL, L.L.C. d/b/a LaSALLE CORRECTIONS, L.L.C. et al <br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO.  5:22-CV-00127-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss and Notice of Dismissal. Docket No. 65. The parties represent that this matter has been settled by the plaintiff and the remaining defendants. *Id.* The Court, having reviewed the joint motion, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to all defendants who were previously dismissed without prejudice including Bowie County, Texas, LaSalle Management Company, and Vernon Bowman, M.D. (Docket No. 57) and **DISMISSED WITH PREJUDICE** as to all claims and causes of action as to all defendants, with each party bearing that party's own attorney fees and costs. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 18th day of June, 2024.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE